February 27, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

WILMA REYNOLDS, Appellant

NO. 14-13-00323-CV            V.

WELLS FARGO BANK, N.A., WELLS FARGO BANK NA, ET AL, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on June 6, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Wilma Reynolds.

We further order this decision certified below for observance.